THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Robert Anthony
 James, Petitioner,
v.
State of South
 Carolina, Respondent.
 
 
 

Appeal From Richland County
 Alison Renee Lee, Circuit Court Judge

Unpublished Opinion No. 2011-UP-480
Heard October 19, 2011  Filed October 27,
 2011   

AFFIRMED

 
 
 
Appellate Defender Elizabeth
 Franklin-Best, of Columbia, for Petitioner.
Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Brian T. Petrano, all of Columbia, for
 Respondent. 
 
 
 

PER CURIAM: Robert Anthony James appeals
 the post-conviction relief (PCR) court's order denying his PCR application.  He
 contends trial counsel was ineffective for failing to argue for dismissal of
 his indictments on the ground the State violated his Sixth Amendment right to a
 speedy trial.  We affirm pursuant to Rule 220(b)(1),
 SCACR, and the following authorities: Stepney v. State, 278 S.C. 47, 48,
 292 S.E.2d 41, 41 (1982) ("Alleged errors which
 may be reviewed on direct appeal may not be asserted for the first time in
 post-conviction proceedings."); Porter v. State, 368 S.C. 378, 383, 629
 S.E.2d 353, 356 (2006) ("In order to establish a claim of ineffective
 assistance of counsel, a PCR applicant must prove: (1) that counsel failed to
 render reasonably effective assistance under prevailing professional norms; and
 (2) that the deficient performance prejudiced the applicant's case."); Smith
 v. State, 309 S.C. 413, 415, 424 S.E.2d 480, 481 (1992) (holding a petitioner
 must prove there is "a reasonable probability that, but for counsel's
 unprofessional errors, the result of the proceeding would have been different")
 (quoting Strickland v. Washington, 466 U.S. 668, 694 (1984))).

AFFIRMED.
FEW, C.J., and THOMAS and KONDUROS, JJ., concur.